Clerks office
USDC
601 Roseberg, St. Rm 411
Galveston, Tx. 77550

Mr. Shannon Day
ID No. 2084791
C.T Terrell prison
1300 FM 655
Rosharon, Tx 77583

United States Courts
Southern District of Texas
FILED
FEB 01 2021
Nathan Ochsner, Clerk of Court

Re: Class Action Complaint, mailed on 21st January 2021, by Certified mail No. 7017-1450-0002-0765-9107

Dear Clerk,

It has come to my attention that my legal mail is being open out side my presence going out of the prison.

And I don't Know if it's being Changed, in any way, like this (IFP) form. The inmates Trust fund Statement is false and a exhibit on how the prison Law librarian is frauding the Court. Review prior (IFP) USDC No. 7:19-CV-00256, 5th Cir. No. 20-50820, That were filed in my habeas Corpus.

Yours Truly
Shannon Day

-1-

Shannon Day
2084791, R3 unit
1300 F.M. 655
Rosharon, TX.
77583

NORTH HOUSTON TX 773
29 JAN 2021  PM 7  L

U.S. Dist Court
Clerks office
601 Rosenberg St. rm. 411
Galveston, TX. 77550

77550-173811