Case 3:21-cv-00022   Document 6   Filed on 02/16/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 16, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHANNON DAY, (TDCJ #2084791) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-cv-0022 |
| BOBBY LUMPKIN, | § § § | |
| Respondent. | § | |

## ORDER TO DOCKET AND CLOSE CASE

Shannon Day, a Texas state inmate, filed a handwritten letter, along with a motion to proceed *in forma pauperis*, which the clerk's office docketed as a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Day has notified the court that this case has been opened in error (Dkt. 5).

A review of the court's dockets shows that Day intended to file the letter, along with the motion to proceed *in forma pauperis*, in a civil-rights case already pending in this court. *See Day, et al., v. Lumpkin*, Civil No. 3:21-cv-0015 (S.D. Tex.).

Accordingly, the clerk is **ORDERED TO DOCKET** the letter (Dkt. 1), the motion to proceed *in forma pauperis* (Dkt. 2), the prisoner trust fund account statement (Dkt. 3), and a copy of this order as pleadings in *Day, et al., v. Lumpkin*, Civil No. 3:21-cv-0015 (S.D. Tex.).

This case is **ORDERED ADMINISTRATIVELY CLOSED** as improvidently opened.

SIGNED on Galveston Island on  February 16th , 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE